UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21 CR 513 RWS |
| NICHOLAS LEWIS, | ) |
| Defendant. | ) |

## GOVERNMENT'S SUBSTITUTION OF COUNSEL

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States, replacing Natalie Warner, Special Assistant United States Attorney, who withdraws his appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Hal Goldsmith*
HAL GOLDSMITH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on February 11, 2022.

*s/Hal Goldsmith*
HAL GOLDSMITH
Assistant United States Attorney