UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CR 513 RWS |
| | ) | |
| NICHOLAS LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before me on Defendant Nicholas Lewis's motions to suppress evidence. On January 30, 2023, United States Magistrate Judge David D. Noce issued a report and recommendation regarding Lewis's motions in which he recommended that the motions be denied. Lewis has not filed objections to Judge Noce's report and recommendation and has therefore waived his right to request a de novo review. See Fed. R. Crim. P. 59(a). I have conducted a de novo review of Judge Noce's report and recommendation. Based on my review, I will adopt Judge Noce's thoughtful and thorough findings and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that I will adopt and incorporate United States Magistrate Judge David D. Noce's thoughtful and thorough report and recommendation dated January 30, 2023 [33].

**IT IS FURTHER ORDERED** that Defendant Nicholas Lewis's motions to suppress evidence [12] & [22] are **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of February 2023.